Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

UNITED STATES DISTRICT COURT
for the
District of

Division

FILED
3:39 pm, Jan 10, 2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Randal D Johnson
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Convergent Outsourcing Inc
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:22-cv-00057-TWP-TAB
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Randal D Johnson
   Street Address: 3601 N Meridian St, Apt 106
   City and County: Indianapolis, Marion
   State and Zip Code: IN, 46208
   Telephone Number: 317.517.9660
   E-mail Address: randal8373@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name: Convergent Outsourcing Inc
    Job or Title (if known):
    Street Address: 800 SW 39th Street, Suite 100
    City and County: Renton
    State and Zip Code: WA, 98057
    Telephone Number: 800-444-8485
    E-mail Address (if known):

Defendant No. 2
    Name: N/A
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name: N/A
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name: N/A
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 USC 1692

### B. If the Basis for Jurisdiction Is Diversity of Citizenship  /N/A

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Please see additional page*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Please see additional page*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 9 2022

Signature of Plaintiff: *Randal D Johnson*
Printed Name of Plaintiff: Randal D Johnson

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

**III. Statement of Claim**

Convergent Outsourcing Inc. broke federal laws, written in the Fair Debt Collections Practices Act, attempting to collect an alleged debt. I received numerous calls from the company. I did not give the company permission to have my telephone number, which is an invasion of my privacy and it is against the law for purchasing my information without my prior knowledge nor consent. In addition, the company stated I owe a debt, which is a violation of 1692b (2). The company contacted me more than once, which is a violation of 1692b (3). I have telephone records to prove this fact. The company contacted me at an unusual time and place that is inconvenient to me, violation of 1692c (1). The company called me while I was at work which communication is prohibited, violation of 1692c (3). The company would not stop harassing me verbally with their use of obscene and profane language, violation 1692d (2). The company repeatedly used different numbers to call my phone to annoy, abuse, and harass me, violation 1692d (5).

On December 7, 2021 I sent the company an Affidavit of Truth containing documents and proof of the laws that were broken. I also filed a complaint with the Consumer Protection Bureau on December 14, 2021. I uploaded the Affidavit of Truth with the complaint. The company responded that they do not believe to be violating any polices or laws. They proceeded to cause more financial harm and emotional stress by furnishing this debt on my credit report which is a violation of 1692j. The company is negligent of following the laws for which they are governed.

Here is a list of dates and times calls were received.

Date: October 1, 2021
Time: 10:19 AM

Date: October 4, 2021
Time: 4:45 PM

Date: October 7, 2021
Time: 12:10 PM

Date October 11, 2021
Time: 9:44 AM

Date October 11, 2021
Time: 2:04 PM

Date: October 12, 2021
Time: 10:23 AM

Date: October 14, 2021
Time: 10:05 AM

Date: October 14, 2021
Time: 2:21 PM

**IV. Relief**

I demand the defendant pay the invoice total of $42,000 for failing to comply with 42 provisions of 15 USC 1692. All are noted in the Affidavit of Truth. I demand the defendant pay $1000 for furnishing this alleged debt on my credit report. I claim to be entitled to monetary relief in reference to 15 USC 1692a (2)(A).

I demand the defendant remove the alleged debt from my credit report.

I demand the defendant zero the balance.

I demand the defendant remove my name and contact information from their database and close the account.