Acknowledged
TWP
July 19, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDAL D. JOHNSON, | ) |
| | ) Judge Tanya Walton Pratt |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:22-cv-00057-TWP-TAB |
| | ) |
| CONVERGENT OUTSOURCING, INC., | ) Magistrate Judge Tim A. Baker |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Randal D. Johnson and Defendant Convergent Outsourcing, Inc. ("COI"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claim against COI in above-captioned matter be dismissed with prejudice.

Date: July 18, 2022                                         Respectfully submitted,

*s/ Randal D. Johnson*, per LLG (with permission)   *s/ Louis Leonard Galvis*
Randal D. Johnson                                           Louis Leonard Galvis Colorado Bar No. 32885)
Plaintiff *Pro Se*                                          (*Pro Hac Vice*)
3601 N. Meridien St, Apt. 106                               Sessions Israel & Shartle, LLC
Indianapolis, IN  46208                                     65010 Solar Road
Email:  randal8373@gmail.com                                Montrose, CO 81403-8718
                                                            Phone (070) 218-9086
                                                            Fax (504) 828-3737
                                                            lgalvis@sessions.legal
                                                            *Attorneys for Defendant,*
                                                            *Convergent Outsourcing, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2022, a true and correct copy of **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically via the CM/ECF system and served on Plaintiff Randal D. Johnson by U.S. First-Class Mail and by email as follows:

Randal D. Johnson
Plaintiff *Pro Se*
3601 N. Meridien St, Apt. 106
Indianapolis, IN 46208
Email: randal8373@gmail.com

*s/ Louis Leonard Galvis*
Louis Leonard Galvis